IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD L. PATTERSON, JR. | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-5405 |
| DELAWARE RIVER PORT AUTHORITY | : |
| OF PENNSYLVANIA AND NEW JERSEY, | : |
| et al | : |

## ORDER

AND NOW, this 9th day of May 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF Doc. No. 28), Plaintiff's Opposition (ECF Doc. No. 32), Defendants' Reply (ECF Doc. No. 35) following oral argument and for reasons in the accompanying memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 28) is **GRANTED** as there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law.

It is further **ORDERED** the remaining pending Motions (ECF Doc. Nos. 36 and 43) are **dismissed** as **MOOT**, and the Clerk of Court shall mark this matter **CLOSED**.

_____
KEARNEY, J.